ACCEPTED
03-14-00529-CV
4765120
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 9:50:42 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00529-CV

**JEROME J. ISAAC AND MICHELLE P. ISAAC,**
**Appellants,**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 9:50:42 AM
JEFFREY D. KYLE
Clerk

**v.**

**VENDOR RESOURCE MANAGEMENT, INC.; MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC. AND CITIMORTGAGE, INC.,**
**Appellees.**

---

### CERTIFICATE OF COMPLIANCE

---

### <u>COMPLIANCE WITH RULE 9.4(i)(3)</u>

I certify that this document was produced using Microsoft Word 2010 and Adobe Acrobat X and contains 3,960 words, as determined by the computer's software word-count function, excluding the sections of the document listed in Texas Rules of Appellate Procedure 9.4(i)(1).

*/s/Chris Ferguson*
Chris Ferguson